RICHARD B. SACHS, Respondent, v KATAYONE ADELI, Appellant, et al., Defendants.

Submitted May 31, 2005; decided June 16, 2005

Motion for leave to appeal dismissed upon the ground that the order sought to be appealed from does not finally determine the action within the meaning of the Constitution. Cross motion to vacate or modify stay denied.

In the Matter of BENJAMIN SCHUSSLER, Appellant, v STATE UNIVERSITY OF NEW YORK et al., Respondents.

Submitted April 25, 2005; decided June 16, 2005

Motion, insofar as it seeks leave to appeal from that part of the Appellate Division order that dismissed the appeal to that Court from that part of Supreme Court's judgment denying reargument, dismissed upon the ground that such portion of the order does not finally determine the proceeding within the meaning of the Constitution; motion for leave to appeal otherwise denied.